**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7321**

KALVIN MARSHALL,

          Plaintiff - Appellant,

    v.

ROBERT E. PAYNE, Judge; HENRY E. HUDSON, Judge,

          Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, Senior District Judge. (3:13-cv-00286-JRS)

Submitted: January 31, 2017      Decided: February 3, 2017

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kalvin Marshall, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kalvin Marshall appeals the district court's order denying his motion to reopen his Bivens* action which was dismissed in April 2015. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Marshall v. Payne, No. 3:13-cv-00286-JRS (E.D. Va. Sept. 19, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).